FREDERICK HACKER, Doing Business under the Name, etc., Respondent, v. NATHAN HIRSCH and Others, as Executors, etc. and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

NATHANIEL A. REICHLIN, Respondent, v. NATHAN S. KAPLAN, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

SCHWORTZREICH & GOODMAN COMPANY, Respondent, v. MATTHEW W. RYAN, Doing Business under the Name and Style of W. H. BROWN SON & Co., Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of DANIEL BAYTON and Others (MILLER v. SPIRO.)— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ANNA C. WALSH v. ROBERT J. COLLIER.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

EDWARD HATCH v. WALTER L. RATHBORNE and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ARTHUR A. WILLIAMS v. UNITED STATES MANUFACTURERS EXPORT CORPORATION.— Motion to dismiss appeal and vacate stay granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ARTHUR R. FISHER v. FRANK J. COLLINS and Others.— Motion to dismiss appeal denied and appeal withdrawn. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

SIDNEY K. BOOTH v. COMMERCIAL ADVERTISER ASSOCIATION.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

KARL KAUFMAN v. DAVID L. SCHWARTZ.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

HARRY M. LEVY v. JOSEPH CORN.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.